NO. SCWC-29725

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DAVID GARCIA, aka Howard Garcia,
Petitioner/Petitioner-Appellant

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 08-1-0012 (CR. NO. 96-1330))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ.,
and Circuit Judge Nacino, assigned due to a vacancy)

The motion for reconsideration filed on January 3, 2011 by Petitioner/Petitioner-Appellant David Garcia, aka Howard Garcia, requesting that this court review its opinion filed on December 21, 2010, affirming the July 16, 2010 judgment of the Intermediate Court of Appeals, is hereby denied.

DATED: Honolulu, Hawaiʻi, January 11, 2011.

Glenn D. Choy, on the
motion for petitioner/
petitioner-appellant.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Edwin C. Nacino

